# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. GREEN,<br><br>        Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>        Respondent. | CASE NO. 2:20-cv-8751-DSF (SK)<br><br>**ORDER DISMISSING ACTION FOR LACK OF JURISDICTION** |

      Petitioner is a California state prisoner who filed a letter requesting an extension of time to file a federal habeas petition, leading the Clerk's Office to open this action. (ECF 1). He claims he was unable to file a timely petition before his limitations period lapsed because he was involved in (what appear to be) family court proceedings. (*Id.*). But Petitioner has filed no actual petition presenting a justiciable "case" or "controversy." *Calderon v. Ashmus*, 523 U.S. 740, 745 (1998). Without that necessary case-opening petition, the Court has no jurisdiction to proceed. *See, e.g.*, *Harrison v. Warden*, 2016 WL 6436826, at *1 (C.D. Cal. Oct. 31, 2016) (dismissing action for lack of jurisdiction where petitioner filed letter requesting extension of time to file petition but no underlying petition); *Casaburi v. Warden*, 2013 WL 3367275, at *1 (C.D. Cal. July 3, 2013) (same).

Nor can the Court prospectively determine the timeliness of an unfiled petition. *See, e.g., Calderon*, 523 U.S. at 746, 749 (no "justiciable case within the meaning of Article III" where petitioner asked court to determine timeliness "in anticipation of seeking habeas"); *Melendez v. California*, 2016 WL 4009874, at *2 (C.D. Cal. Apr. 14, 2016) (petitioner could not "bypass the statute of limitations" by requesting extension of time to file petition); *Ford v. Warden*, 2008 WL 2676842, at *1 (C.D. Cal. July 7, 2008) (dismissing action where petitioner sought ruling that one-year statute of limitations would not bar "anticipated, but not yet filed" petition).

THEREFORE, this action is ordered DISMISSED for lack of jurisdiction. Judgment dismissing this action without prejudice will be entered accordingly.

IT IS SO ORDERED.

DATED: October 8, 2020

                                                Honorable Dale S. Fischer
                                                UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Steve Kim
United States Magistrate Judge