JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. GREEN,<br><br>        Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>        Respondent. | CASE NO. 2:20-cv-8751-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: October 8, 2020

                                              Honorable Dale S. Fischer
                                              UNITED STATES DISTRICT JUDGE